## Ex parte LOPER.
### No. 24525.

Court of Criminal Appeals of Texas.
Oct. 12, 1949.

## Ex parte GREEN.
### No. 24590.

Court of Criminal Appeals of Texas.
Oct. 12, 1949.

None on appeal for appellant.

A. C. Winborn, Crim. Dist. Atty., Houston, E. T. Branch, Asst. Crim. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

This is the second effort on the part of appellant to secure his release from the penitentiary. See Ex parte Loper, Tex. Cr.App., 219 S.W.2d 81. All matters raised in this appeal were passed on in that opinion. The same questions are presented.

In the present effort the petition was filed in the District Court of Denton County and, by the judge of that court, referred to a district court in Harris County for hearing. The record comes from that county. The attempt made and the questions raised are frivolous. Because the matter has been fully adjudicated in the former appeal the application is now denied.

DAVIDSON, Judge.

This is an appeal from the order of the District Court of Bowie County denying appellant's application for bail pending trial upon an indictment for murder.

It is now made to appear that since notice of appeal was given appellant has been released and is now at liberty upon bail.

The question presented has, therefore, become moot.

The State's motion to dismiss the appeal is therefore granted, and the appeal is dismissed.

Opinion approved by the Court.